```
 1  DAVID J. COHEN, ESQ.
    California Bar No. 145748
 2  **BAY AREA CRIMINAL LAWYERS, PC**
    300 Montgomery Street, Suite 660
 3  San Francisco, CA 94104
    Telephone: (415) 398-3900
 4
 5  Attorneys for Defendant **Alex Hernandez**
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR S CR 07-515-03-WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION RE-SCHEDULING SENTENCING HEARING AND [PROPOSED] ORDER THEREON** |
| ALEX HERNANDEZ, | ) | |
| Defendant. | ) | |

Defendant Alex Hernandez, by and through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, Michael M. Beckwith, Esq., after due consultation with Senior United States Probation Officer Thomas H. Brown, jointly request an extension of time for the sentencing hearing in this matter.

The parties stipulate and agree that the sentencing hearing in this case should be continued from September 26, 2011 at 8:30 a.m. to December 12, 2011 at **9:30 a.m.**

1

The reason for this stipulation is as follows:

1. Mr. Cohen has been in trial since August 22, 2011 in the case of *People v. Henaghan* (Case No. SC067648) in the county of San Mateo. The defendant in that case was facing a life sentence. That case concluded on September 19, 2011 – the same day that the sentencing memorandum in this case was due. Because of the serious nature and lengthy proceedings related to Mr. Henaghan's trial, Mr. Cohen has been unable to devote time to preparing the sentencing memorandum in this case.

2. Mr. Cohen's associate, Jason T. Campbell, Esq., contacted the Court and spoke with Ms. Kirksey-Smith who explained that the Court had no dates available for sentencing between October 3, 2011 and December 12, 2011. Mr. Campbell consulted with Mr. Beckwith and both agreed that, given the limited dates available, December 12, 2011 would be more convenient.

3. On September 21, 2011, Mr. Campbell contacted Senior United States Probation Officer Thomas H. Brown. Officer Brown indicated that he had no objection to this request.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

DATED: September 22, 2011    By: /s/Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney

                              Attorneys for Plaintiff

DATED: September 22, 2011          By: /s/David J. Cohen
                                       DAVID J. COHEN

                                       Attorneys for Defendant
                                       ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED:   September 22, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3