1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  JUAN VILLA, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-515-04-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE |
| ) | JUDGMENT AND SENTENCING TO |
| v. ) | MONDAY, JANUARY 30, 2012 |
| ) | |
| JUAN VILLA, JR., ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

The United States of American, represented by Assistant United States Attorney, Mr. Michael Beckwith, and defendant Juan Villa, represented by attorney , Mr. James R. Greiner, hereby agree and stipulate that the judgment and sentencing set for **Monday, October 17, 2011,** may be vacated off the Court's calendar and rescheduled for **Monday, January 30, 2012,** at 9:30 a.m..

///

///

///

1

Respectfully submitted:

BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ Michael Beckwith, by telephone authorization

DATED: 10-13-11     _____
Michael Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR PLAINTIFF


DATED: 10-13-11     /s/ James R. Greiner
_____
James R. Greiner
Attorney for defendant Juan Villa, Jr

**ORDER**


**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**



DATED:   October 13, 2011


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE