KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:07cr00515 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: November 7, 2011 |
| | ) TIME: 8:30 a.m. |
| ARICELA VILLA, | ) JUDGE: Honorable William Shubb |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Aricela Villa, through her counsel, KRESTA DALY, that the sentencing hearing of November 7, 2011 be

///
///
///
///
///
///
///
///

1

vacated and that sentencing hearing be set for January 23, 2012 at 8:30 a.m.

DATED: November 3, 2011          Respectfully submitted,


                                 s/Kresta Daly_____
                                 KRESTA DALY
                                 Attorney for Aricela Villa



                                 s/Kresta Daly_____
DATED: November 3, 2011          Michael Beckwith
                                 Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED:    November 3, 2011

                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE