| | |
|---|---|
| 1 | DAVID J. COHEN, ESQ. |
| 2 | California Bar No. 145748 |
|   | **BAY AREA CRIMINAL LAWYERS, PC** |
| 3 | 300 Montgomery Street, Suite 660 |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 398-3900 |

Attorneys for Defendant **Alex Hernandez**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CR S CR 07-515-WBS
                           )
        Plaintiff,         )
                           )
v.                         )  **STIPULATION RE-SCHEDULING**
                           )  **SENTENCING HEARING AND**
                           )  **[**~~PROPOSED~~**] ORDER THEREON**
ALEX HERNANDEZ,            )
                           )
        Defendant.         )
_____)
                           )

   Defendant Alex Hernandez, by and through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, Michael M. Beckwith, Esq., after due consultation with Supervising United States Probation Officer Hugo Ortiz, jointly request an extension of time for the sentencing hearing in this matter.

   The parties stipulate and agree that the sentencing hearing in this case should be continued from December 12, 2011 at 9:30 a.m. to **February 21, 2012 at 9:30 a.m.**

1

The reason for this stipulation is as follows:

1. Mr. Hernandez has a serious apnea condition for which he is obtaining treatment and receiving a treatment machine so that he can be healthy and avoid potentially very serious health threatening conditions while incarcerated. His next appointment is on January 19, 2012 in order to complete his treatment.

2. Three of the other defendants in this matter are scheduled to be sentenced, respectfully, on January 9, 2012, January 23, 2012, and January 30, 2012.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

DATED: December 8, 2011        By: /s/Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney

                                   Attorneys for Plaintiff

DATED: December 8, 2011        By: /s/David J. Cohen
                                   DAVID J. COHEN

                                   Attorneys for Defendant
                                   ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2