KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07cr00515-07 WBS |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: January 20, 2012<br>TIME: 8:30 a.m. |
| ARICELA VILLA, | JUDGE: Honorable William Schubb |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Aricela Villa, through her counsel, KRESTA DALY, that the sentencing hearing of January 20, 2012 be vacated and that sentencing hearing be set for March **5, 2012 at 9:30 a.m.**

DATED: January 18, 2012          Respectfully submitted,


    s/Kresta Daly_____
KRESTA DALY
Attorney for Aricela Villa

//

//

DATED: January 18, 2012

         s/Kresta Daly
        Michael Beckwith
        Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED**.

DATED: January 19, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE