1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
   300 Montgomery Street, Suite 660
3  San Francisco, CA 94104
   Telephone: (415) 398-3900
4
5  Attorneys for Defendant **Alex Hernandez**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-515-03 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SELF-SURRENDER DATE OF MR. HERNANDEZ AND [PROPOSED] ORDER THEREON** |
| ALEX HERNANDEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the surrender date for Alex Hernandez, currently set for July 26, 2012, be extended by 10 days to August 6, 2012.

The reason for this stipulation is that Mr. Hernandez was shot four times on July 21, 2012 and has sustained severe injuries. He was admitted to the ICU at Mercy San Juan Hospital in the early morning of July 22, 2012. Mr. Hernandez remains in the ICU.

1  The parties agree that, under the circumstances, a continuance of the surrender date of July 26, 2012 to August 6, 2012, or a period of 10 days is appropriate. Within that 10 day period, the parties intend to ascertain Mr. Hernandez' prognosis, and when and to where (a Bureau of Prisons hospital facility or a Bureau of Prisons prison camp as is currently contemplated) it would be appropriate for him to surrender.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

DATED: July 24, 2012    By: /s/Michael M. Beckwith
                           MICHAEL M. BECKWITH
                           Assistant U.S. Attorney

                           Attorneys for Plaintiff

DATED: July 24, 2012    By: /s/David J. Cohen
                           DAVID J. COHEN

                           Attorneys for Defendant
                           ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: July 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SELF-
SURRENDER DATE OF MR. HERNANDEZ
AND [PROPOSED] ORDER THEREON
PEOPLE V. HERNANDEZ;
Case No. CR 07-515-WBS         2