1  Kresta Nora Daly, SBN 199689
   **BARTH TOZER & DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlaw.net

5  Attorneys for Defendant
   ARICELA VILLA

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          Case No. 2:07-CR-515-07 WBS

11          Plaintiff,                **STIPULATION AND
                                      [~~PROPOSED~~] ORDER**
12     v.

13 ARICELA VILLA,                     Date:   August 13, 2012
                                      Time:  9:30 a.m.
14          Defendant.                Judge:  Honorable William B. Schubb

15

16             It is hereby stipulated and agreed to between the United States of America through

17 Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel,

18 Kresta Nora Daly, that the sentencing set for August 13, 2012 be vacated and that a new

19 sentencing date be set for November 13, 2012 at 9:30 a.m.

20 Dated:  August 8, 2012.          Respectfully submitted,

21                                  BARTH TOZER & DALY LLP

22

23                                  By____/s/ Kresta Nora Daly_____
                                           KRESTA NORA DALY
24                                  Attorneys for ARICELA VILLA

25

26 Dated:  August 8, 2012          By____/s/ Kresta Nora Daly_____
                                           MICHAEL BECKWITH
27                                  Assistant United States Attorney

28

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00006902}

# O R D E R

**IT IS SO ORDERED.**

Dated:   August 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA