1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
3  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
4  Telephone: (415) 398-3900

5  Attorneys for Defendant **Alex Hernandez**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-515-03 WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE SELF-SURRENDER DATE OF MR. HERNANDEZ AND [PROPOSED] ORDER THEREON** |
| ALEX HERNANDEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the surrender date for Alex Hernandez, currently set for August 20, 2012, be extended to August 31, 2012.

The reason for this stipulation is that Mr. Hernandez was shot four times on July 21, 2012 and has sustained severe injuries. He was admitted to the ICU at Mercy San Juan Hospital in the early morning of July 22, 2012. Mr. Hernandez has been released from ICU, but is still seriously injured and attempting to recover.

The parties agree that, under the circumstances, a continuance of the surrender date of August 20, 2012 to August 31, 2012 is sufficient. Within that period, the parties intend to continue to ascertan Mr. Hernandez' prognosis, and when and to where (a Bureau of Prisons hospital facility or a Bureau of Prisons prison camp as is currently contemplated) it would be appropriate for him to surrender.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

DATED: August 17, 2012   By:/s/Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

Attorneys for Plaintiff

DATED: August 17, 2012   By:/s/David J. Cohen
DAVID J. COHEN

Attorneys for Defendant
ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED:   August 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE