Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARICELA VILLA,<br><br>Defendant. | Case No. 2:07-CR-515-07-WBS<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER**<br><br>Date: January 22, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Schubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for January 22, 2013 be vacated and that a new sentencing date be set for April 15, 2013 at 9:30 a.m.

The parties contemplate an updated pre-sentence report being available for the hearing on April 15, 2013. The new disclosure schedule shall be as follows:

//

//

//

//

| | |
|---|---|
| Judgment and Sentencing Date: | April 15, 2013 @ 9:30 a.m. |
| Reply or Statement of Non-Opposition: | April 8, 2013 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 1, 2013 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 25, 2013 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 18, 2013 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 4, 2013 |

Dated: January 22, 2013.     Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
    KRESTA NORA DALY
Attorneys for ARICELA VILLA

Dated: January 22, 2013    By   /s/ Kresta Nora Daly
    MICHAEL BECKWITH
    Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 22, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE