1  Kresta Nora Daly, SBN 199689
   **BARTH TOZER & DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@btdlaw.net

5  Attorneys for Defendant
   ARICELA VILLA

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-WBS |
|----|---------------------------|--------------------------|
| 11 | Plaintiff, | **STIPULATION AND ORDER** |
| 12 | v. | |
| 13 | ARICELA VILLA, | Date:  August 13, 2012 |
| 14 | Defendant. | Time:  9:30 a.m.<br>Judge: Honorable William B. Schubb |

15

16          It is hereby stipulated and agreed to between the United States of America through

17  Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel,

18  Kresta Nora Daly, that the sentencing set for April 15, 2013 be vacated and that a new sentencing

19  date be set for May 20, 2013 at 9:30 a.m.

20  Dated: April 2, 2013.           Respectfully submitted,

21                                  BARTH TOZER & DALY LLP

22

23                                  By___/s/ Kresta Nora Daly_____
                                        KRESTA NORA DALY
24                                  Attorneys for ARICELA VILLA

25

26  Dated: April 2, 2013           By___/s/ Kresta Nora Daly_____
                                        MICHAEL BECKWITH
27                              .       Assistant United States Attorney

28

{00008073}

STIPULATION AND [PROPOSED] ORDER                    [Case No. 2:07-CR-00515-WBS]

# O R D E R

**IT IS SO ORDERED.**

Dated:   April 05, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00008073}

- 2 -