Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARICELA VILLA,<br><br>    Defendant. | Case No. 2:07-CR-515-07 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date: August 12, 2013<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for May 20, 2013 be vacated and that a new sentencing date be set for August 12, 2013 at 9:30 a.m.

Dated: May 16, 2013.    Respectfully submitted,

BARTH TOZER & DALY LLP


By   /s/ Kresta Nora Daly
      KRESTA NORA DALY
  Attorneys for ARICELA VILLA


Dated: May 16, 2013.    By   /s/ Kresta Nora Daly
      MICHAEL BECKWITH
  Assistant United States Attorney

{00008073}

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE