Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-07 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ARICELA VILLA, | Date: August 12, 2013<br>Time: 9:30 a.m. |
| Defendant. | Judge: Honorable William B. Schubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for August 12, 2013 be vacated and that a new sentencing date be set for September 30, 2013 at 9:30 a.m.

The parties further agree that formal objections to the pre-sentence report may be filed no later than August 30, 2013.

///
///
///
///
///
///

Dated: August 8, 2013.  Respectfully submitted,

BARTH TOZER & DALY LLP

By /s/ Kresta Nora Daly
   KRESTA NORA DALY
Attorneys for ARICELA VILLA

Dated: August 8, 2013.  By /s/ Kresta Nora Daly
   MICHAEL BECKWITH
   Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

**Dated: August 9, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE