Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ARICELA VILLA, | Date: September 30, 2013<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Schubb |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for September 30, 2013 be vacated and that a new sentencing date be set for November 18, 2013 at 9:30 a.m.

///
///
///
///
///
///
///
///

- 1 -

Dated: September 25, 2013.   Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for ARICELA VILLA

Dated: September 25, 2013.   By   /s/ Kresta Nora Daly
                                  MICHAEL BECKWITH
                                  Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 25, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE