Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-07 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ARICELA VILLA, | Date: November 18, 2013<br>Time: 9:30 a.m. |
| Defendant. | Judge: Honorable William B. Schubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for November 18, 2013 be vacated and that a new sentencing date be set for January 13, 2014 at 9:30 a.m.

///
///
///
///
///
///
///
///

Dated: November 14, 2013.  Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
      KRESTA NORA DALY
   Attorneys for ARICELA VILLA

Dated: November 14, 2013.  By  /s/ Kresta Nora Daly
      MICHAEL BECKWITH
      Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

**Dated: November 15, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE